JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:25-cv-01181-SSS-SPx | Date | November 12, 2025 |
| Title | Ricardo Paniagua v. City of San Bernardino et al. | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING FOR FAILURE TO RESPOND TO ORDER TO SHOW CAUSE [DKT. NO. 19]**

On September 9, 2025, the Court issued an Order to Show Cause after parties submitted a notice of conditional settlement. [Dkt. Nos. 18, 19]. Parties were ordered to show cause as to why the case should not be dismissed pursuant to the settlement. [Dkt. No. 19]. The deadline to submit a response to the Order was on November 7, 2025. Neither party has submitted a response to the Court at this time.

The Court hereby **DISMISSES WITHOUT PREJUDICE** the action. The hearing on the Order to Show Cause scheduled for November 14, 2025, is hereby **VACATED**.

**IT IS SO ORDERED.**